UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LARISSA ZUCLICH,

                Plaintiff,                Case No. 2:25-cv-01311-ST

- against -                          **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

BREN-TRONICS, INC., an Enersys Company,

                Defendant.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant makes the following disclosure: Bren-Tronics Defense LLC., incorrectly sued herein as "Bren-Tronics, Inc., an EnerSys Company," is a wholly-owned subsidiary of EnerSys, a publicly-traded corporation.

Dated: New York, New York
        May 9, 2025

                                              OGLETREE, DEAKINS, NASH,
                                               SMOAK & STEWART, PC

                                             By  /s/John F. Walpole
                                                   Jamie Haar
                                                   John F. Walpole
                                                   599 Lexington Avenue, 17th Floor
                                                   New York, New York 10022
                                                   212.492.2500
                                                   jamie.haar@ogletree.com
                                                   john.walpole@ogletree.com

                                                   *Attorneys for Defendant*
                                                   *Bren-Tronics Defense LLC*