

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Jamie Haar
(212) 492-2070
jamie.haar@ogletree.com

John F. Walpole
(212) 492-2069
john.walpole@ogletree.com

August 19, 2025

**VIA ECF**

The Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Zuclich v. Bren-Tronics, Inc.*
                Case No. 2:25-cv-01311 (NJC) (ST)

Dear Judge Tiscione:

    We represent Defendant Bren-Tronics, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's June 10, 2025, Order and Individual Rule II.B.3, we write to respectfully request that Defendant's client representative, Lauren Tedesco-Dallas, Enersys Associate General Counsel, Litigation & HR, be permitted to attend the settlement conference scheduled for August 25, 2025, at 11:00 A.M virtually. The reason for this request is that Ms. Tedesco-Dallas lives and works in Reading, Pennsylvania, nearly five hours away from the Court. The undersigned believes that Ms. Tedesco Dallas' virtual appearance will not negatively impact the process and reaffirms Defendant's intention to approach the settlement conference in good faith. Our client will be accessible at all times during the conference and has full settlement authority to settle the matter. Additionally, the undersigned will attend the conference in person.

    Thank you for Your Honor's consideration of this request.

                                                     Very truly yours,

                                                     OGLETREE, DEAKINS, NASH,
                                                     SMOAK & STEWART, P.C.

                                                     /s/ *John F. Walpole*

                                                     John F. Walpole

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Washington